# EXHIBIT D

| | |
|---|---|
| **From:** | noreply@salesforce.com on behalf of "NYC Employee Vaccine Appeals" <vaxappeal@dcas.nyc.gov> |
| **Sent:** | Monday, 20 December 2021 15:22 |
| **To:** | "Matthew O'Leary" <MO'Leary@doi.nyc.gov> |
| **Subject:** | [EXTERNAL] Reasonable Accommodation Appeal Determination |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: Does Not Meet Criteria

Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).