# EXHIBIT E



The City of New York
Department of Investigation

180 MAIDEN LANE
NEW YORK, NY 10038
212-825-5900

June 17, 2022

Dear Matthew O'Leary:
*Sent via email to:* matthewoleary06@gmail.com
*Sent via mail to:*
8003 151st Avenue
Howard Beach, NY 11414

As of February 11, 2022, you were terminated from your employment with the Department of Investigation.

The City of New York would like to offer you the opportunity to return to employment if you become fully vaccinated, provided that you share a copy of your vaccination record to DOICOVIDINFO@DOI.NYC.GOV indicating that you have received or will receive at least the first dose by close of business on Thursday, June 30th, and that you intend to receive the second dose by August 15th. Compliance with this requirement is a condition of your return to employment with the City.  Once you provide proof of full vaccination (both doses), you will be reinstated to your civil service title at your most recent salary within two weeks of submission of proof of full vaccination, with no change to benefits or break in service.

If you wish to resume employment with the City of New York, you must provide proof of receipt of at least one dose of the vaccine by close of business on June 30th, 2022.

For information regarding where to get vaccinated, please click here: NYC COVID-19 and Flu Vaccine Finder.

Sincerely,

*Shayvonne Nathaniel*
Shayvonne Nathaniel
Human Resources Director