UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATTHEW O'LEARY,

                Plaintiff,

-against-                              23 **CIVIL** 5956 (NRB)

**JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 12, 2024, defendant's motion to dismiss is granted and the case is dismissed.

**Dated:** New York, New York

      September 13, 2024

                                        **DANIEL ORTIZ**
                                   **Acting Clerk of Court**

                    **BY:**

                                       **Deputy Clerk**